JENNIE KELLY, Appellant, *v.* EDWARD M. MOORE et al., Defendants.

JAMES J. NEALIS, as Receiver, Respondent.

*Kelly* v. *Moore*, 74 App. Div. 626, appeal dismissed.
(Argued February 9, 1903; decided February 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1902, which modified and affirmed as modified an order of Special Term passing the accounts of the receiver herein.

*Jacob Fromme* for appellant.

*Peter Eagan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.